entered upon a decision of the court at an Equity Term in an action to foreclose a materialman's lien upon a waterworks system constructed for defendant village of Barker. The findings of fact established all liens except one and found a fund in the hands of the village of Barker sufficient to pay the plaintiff's costs and all the liens so established except that of the defendant Walter Wood, to whom nothing was awarded. Appellant contended that the village made and was allowed for unwarranted payments in completing the work.

*James G. Greene* for appellant.

*Abner T. Hopkins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH W. WARD, Appellant.

*Crimes — seduction — judgment of conviction affirmed.*

*People v. Ward*, 192 App. Div. 955, affirmed.

(Argued May 10, 1921; decided May 31, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 14, 1919, which affirmed a judgment of the Bronx County Court rendered upon a verdict convicting the defendant of the crime of seduction under promise to marry.

*Nathaniel Levy* for appellant.

*Edward J. Glennon*, District Attorney (*William F. Quigley* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, MCLAUGHLIN, CRANE and ANDREWS, JJ.